# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2476 & TITLE - IN RE: Credit Default Swaps Antitrust Litigation

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[✓] Support Centralization in   Northern District of Illinois

[ ] Oppose Centralization

[ ] Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Plaintiff, Sheet Metal Workers Local No. 33 Cleveland District Pension Plan

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Sheet Metal Workers Local No. 33 v. Bank of America Corp.,
C.A. No. 1:13-cv-3357 (N.D. Ill.)

Name and Address of Attorney Designated to Present Oral Argument:

| Christopher M. Burke | Scott+Scott, Attorneys at Law, LLP | San Diego | CA |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 619-233-4565   Email Address: cburke@scott-scott.com

| 8/14/2013 | Christopher M. Burke | [signature] |
|---|---|---|
| Date | Printed Name | Authorized Signature |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Presentation or Waiver of Oral Argument was served on all parties who have appeared electronically via ECF on August 14, 2013, and on the following parties via first class mail on August 14, 2013:

SHEET METAL WORKERS

**Defendant**

| | |
|---|---|
| **Citibank, N.A.** | **David F. Graham** |
| **Citigroup, Inc.** | **David C. Giardina** |
| | **Jennifer E. Novoselsky** |
| | Sidley Austin LLP |
| | One South Dearborn Street |
| | Chicago, IL 60603 |
| | (312) 853-7000 |
| | Email: dgraham@sidley.com |
| | dgiardina@sidley.com |
| | jnovosel@sidley.com |

UNIPENSION

**Plaintiff**

| | |
|---|---|
| **Unipension Fondsmaeglerselskab A/S** | **Azra Z Mehdi** |
| | The Mehdi Firm, PC |
| | One Market |
| **Arkitekternes Pensionskasse** | Spear Tower, Suite 3600 |
| | San Francisco, CA 94105 |
| **MP Pension - Pensionskassen for Magistre & Psykologer** | (415) 293-8039 |
| | Fax: (415) 293-8001 |
| | Email: azram@themehdifirm.com |
| **Pensionskassen for Jordbrugsakademikere & Dyrlaeger** | **David Andrew Langer** |
| | Berger & Montague, P.c. |
| | 1622 Locust Street |
| | Philadelphia, PA 19103 |
| | (215) 875-3000 |
| | Email: dlanger@bm.net |

**John Anton Libra**
Korein Tillery, LLC
205 N. Michigan Avenue
Suite 1950
Chicago, IL 60601
312 641 9750
Email: jlibra@koreintillery.com

**Merrill G Davidoff**
**Michael C Dell'Angelo**
**Ruthanne Gordon**
Berger & Montague, P.c.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3084
Email: mdavidoff@bm.net
mdellangelo@bm.net
rgordon@bm.net

**George A. Zelcs**
Korein Tillery
205 N. Michigan Plaza
Suite 1950
Chicago, IL 60601
(312) 641-9750
Email: gzelcs@koreintillery.com

MF GLOBAL CAPITAL

**Plaintiff**

| | |
|---|---|
| **MF Global Capital LLC** | **George A. Zelcs** <br> **John Anton Libra** <br> Korein Tillery <br> 205 N. Michigan Plaza <br> Suite 1950 <br> Chicago, IL 60601 <br> (312) 641-9750 <br> Email: gzelcs@koreintillery.com <br> jlibra@koreintillery.com |

LBBW ASSET MANAGEMENT

**Plaintiff**

| | |
|---|---|
| **LBBW Asset Management Investmentgesellschaft mbH** *on behalf of itself and all others similarly situated,* | **Christopher Lovell** Lovell Stewart Halebian, LLP 61 Broadway Suite 501 New York, NY 10006 (212) 608-1900 Email: clovell@lshllp.com  **Marvin Alan Miller** **Matthew E Van Tine** Miller Law LLC 115 South LaSalle Street Suite 2910 Chicago, IL 60603 (312) 332-3400 Fax: (312) 676-2676 Email: Mmiller@millerlawllc.com mvantine@millerlawllc.com  **Michael M Buchman** Motley Rice LLC 275 Seventh Ave. 2nd Floor New York, NY 10001 (212) 577-0040 Fax: (212) 577-0054 Email: mbuchman@motleyrice.com  **William H. Narwold** Motley Rice LLC One Corporate Center 20 Church St., 17th Floor Hartford, CT 06103 (860) 882-1681 Email: bnarwold@motleyrice.com |

**Defendant**

| | |
|---|---|
| **Wells Fargo Bank & Co.** | Wells Fargo Bank & Co. 420 Montgomery Street San Francisco, CA 94104 |

ESSEX REGIONAL RETIREMENT SYSTEM

**Plaintiff**

| | |
|---|---|
| **Essex Regional Retirement System**<br>*on behalf of itself an on behalf of all those similarly situated* | **Donald Lewis Sawyer**<br>**Michael Jerry Freed**<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>224-632-4500<br>Fax: 224-632-4521<br>Email: dsawyer@fklmlaw.com<br>mfreed@fklmlaw.com |

VALUE RECOVERY

**Plaintiff**

| | |
|---|---|
| **Value Recovery Fund LLC**<br>*Individually and on behalf of all those similarly situated* | **Andrew J Entwistle**<br>Entwistle & Cappucci LLP (NYC)<br>280 Park Avenue<br>26th Floor West<br>New York, NY 10017<br>212-894-7200<br>Fax: 212-894-7272<br>Email: aentwistle@entwistle-law.com<br><br>**Bruce Lee Simon**<br>**George Schieffelin Trevor**<br>Pearson Simon Warshaw & Penny, LLP<br>44 Montgomery Street<br>Suite 2450<br>San Francisco, CA 94104<br>(415) 433-9000<br>Fax: (415) 433-9008<br>Email: bsimon@pswlaw.com<br>gtrevor@pswplaw.com |

**Gregory Keith Arenson**
**Matthew Powers McCahill**
**Richard Jo Kilsheimer**
**Robert N. Kaplan**
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022
212-687-1980
Fax: 212-687-7714
Email: garenson@kaplanfox.com
rkilsheimer@kaplanfox.com
rkaplan@kaplanfox.com

**Robert N Cappucci**
Entwistle & Cappucci LLP(NJ)
30 Columbia Turnpike
Florham Park, NJ 07932
212-894-7207
Fax: 212-894-7272
Email: rcappucci@entwistle-law.com

**Vincent Roger Cappucci**
Entwistle & Cappucci LLP (NYC)
280 Park Avenue
26th Floor West
New York, NY 10017
(212) 894-7200
Fax: (212)-894-7272
Email: vcappucci@entwistle-law.com

August 14, 2013                     s/Christopher M. Burke
                                    Christopher M. Burke